RECEIVED

JUL 2 5 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEANDRE Q NEWELL
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

COOK COUNTY
D.O.C.
_____

16-cv-7565
Judge Milton I. Shadur
Magistrate Judge Sidney I. Schenkier
PC7

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
<u>use "et al."</u>)

CHECK ONE ONLY:           **AMENDED COMPLAINT**

  ✓       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          **U.S. Code** (state, county, or municipal defendants)

  ___     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
          **28 SECTION 1331 U.S. Code** (federal defendants)

  ___     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

  A. Name: DEANDRE Q NEWELL

  B. List all aliases: _____

  C. Prisoner identification number: 20151204112

  D. Place of present confinement: Cook County D.O.C

  E. Address: 2750 W. Roosevelt

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

  A. Defendant: Cook County

  Title: D.O.C

  Place of Employment: CCDOC

  B. Defendant: _____

  Title: _____

  Place of Employment: _____

  C. Defendant: _____

  Title: _____

  Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On The DAte of June 13, 2016, Place Cermak at Cook County D.O.C I was sitting waiting to Be Seen By a Docter. I was handCuffed and shackle to A Bench as well as a few other Inmates. When A Inmate Asked Correction/Peace officers to "let" him use the Bathroom He was then unshackle and walked to the Bathroom. The Officers Then Sat on the Chair waiting for the Inmate. The Inmate then opened the Door wAlked Past officers APPoarch me and BeGan to Assault me. While officer watched for A Brief minute then Grabbed the Inmate submitting him throwing him to the Ground. He was then shackle to a bench not far from where I was Sitting. A Second Inmate BeGan to stand walked in front of me Grabbed A Shoe walked to the Inmate That Assaulted Me and Gave him the Shoe. There was a thired Inmate who Yelled they are to Close. The Officers unshackle the Inmate PIACE him to

4

Another Bench. I was unhandcuff and moved to a short Distant. I was seen By A Doctor I then received A staple in the Back of MY Head.

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Grant me 1.3 Million as well as Prosecution of the officers responsible for not Guard me.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of 7 Month, 2016

_Deandre Q Newell_
(Signature of plaintiff or plaintiffs)

DEANDRE Q NEWELL
(Print name)

20151204112
(I.D. Number)

P.O Box 089002
Chicago Ill 60608
(Address)

Reviewed: 8/2013