IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DEANDRE Q. NEWELL**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 16 C 7565 |
| **COOK COUNTY D.O.C.**, | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

During the pendency of this now-dismissed action by prisoner plaintiff Deandre Newell ("Newell"), this Court was called on to issue two sua sponte memorandum orders ("Order I" issued on August 3, 2016 and "Order II" issued on August 30, 2016), each of which sought to elicit input from Newell that might identify some viable predicate for his attempted invocation of 42 U.S.C. § 1983 ("Section 1983"). Because those efforts were unsuccessful, Order II dismissed both Newell's Complaint and this action, while at the same time (1) renewing Newell's obligation to comply with 28 U.S.C. § 1915 ("Section 1915") by paying the $350 filing fee in future installments, while (2) resetting the outside due date for such compliance to September 27.

Now September 27 has come and gone without any responsive input from Newell, further confirming his lack of responsibility in that regard. This Court's staff has therefore requested and obtained from the fiscal personnel at the Cook County Jail the six-month printout called for by Section 1915(a)(2). That printout reflects a single $100 deposit to the account during the relevant time frame, so that the only deposit during that period (Section 1915(b)(1)(A)) sets the average monthly deposit at $16.67, 20% of which (id.) amounts to $3.33. Accordingly Newell is assessed that initial partial filing fee of $3.33, and the trust fund officer at Vandalia Correctional

Center ("Vandalia," where Newell is now in custody) is ordered to collect that amount from Newell's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>Office of the Clerk
>United States District Court
>219 South Dearborn Street
>Chicago IL 60604
>
>Attention: Fiscal Department.

After such payment the trust fund officer at Vandalia (or at any other correctional facility where Newell may hereafter be confined) is authorized to collect monthly payments from his trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Newell's name and the 16 C 7565 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this order to the Vandalia trust fund officer.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 6, 2016